Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _rohlfing_office@speakeasy.net

Attorneys for Plaintiff  DONALD H. MARINSKEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DONALD H. MARINSKEY, | Case No.:   1:08-CV-01661 GSA |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

  Plaintiff Donald H. Marinskey ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 17, 2009; and that Defendant shall have an extension of time until August 22, 2009, to file his opposition, if any is forthcoming.

1   The parties request the extension to in order to allow the parties to continue
2   discussion of possible settlement of this matter..

3

4   DATE: June 24, 2009                Respectfully submitted,

5                                      LAW OFFICES OF LAWRENCE D. ROHLFING

6                                           /s/ Steven G. Rosales
                          BY: _____
7                                      Steven G. Rosales
                                       Attorney for plaintiff DONALD H. MARINSKEY
8

9   DATED:  June 24, 2009              McGREGOR W. SCOTT
                                       United States Attorney
10

11
                                       */S/-
12

13                                     _____
                                       Odell Grooms
14                                     Special Assistant United States Attorney
                                       Attorney for Defendant
15                                     [*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including July 17, 2009, in which to file Plaintiff's Opening Brief; Defendant
3  may have an extension of time to August 22, 2009 to consider the contentions
4  raised in Plaintiff's Opening Brief, and file any opposition if necessary.
5  IT IS SO ORDERED.
6  DATE: July 1, 2009.

7  _____/s/ Gary S. Austin_____
   THE HONORABLE GARY S. AUSTIN
8  UNITED STATES MAGISTRATE JUDGE