IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD H. MARINSKY, | ) | 1:08cv1661 GSA |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 18) |
| | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| | ) | REQUEST FOR EXTENSION OF TIME TO |
| vs. | ) | FILE AN OPPOSITION BRIEF |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On October 22, 2008, Plaintiff filed the present action for judicial review of the denial of his Social Security benefits. On October 8, 2009, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to Plaintiff's opening brief by August 22, 2009.

On October 9, 2008, Defendant filed a response to the order to show cause and requested a thirty day extension of time to file the opposition. In the response, Defendant's counsel explained that missing the filing deadline was not purposeful but was the result of an oversight and staffing shortages. Defendant's counsel has requested a thirty day extension of time to file an opposition and represented that he has contacted Plaintiff's counsel who advised that Plaintiff does not oppose the request.

1

1 | Based on the foregoing, it appears that Defendant's failure to file an opposition brief was
2 inadvertent.  Accordingly, the order to show cause is hereby DISCHARGED.  Defendant's request
3 for an extension of time is GRANTED.  Defendant shall serve the opposition brief no later than
4 **November 13, 2009.**  Plaintiff's reply shall be due within fifteen days after Defendant files the
5 opposition brief.  Further requests for extensions of time by Defendant will not be granted absent a
6 showing of good cause.
7     IT IS SO ORDERED.
8     Dated:   **October 13, 2009**                   **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE