IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD H. MARINSKY, ) <br> ) <br>   Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of Social Security, ) <br> ) <br>   Defendant. ) <br> _____ ) | 1:08-cv-01661 GSA <br><br> ORDER REGARDING AWARD OF <br> ATTORNEY FEES AND EXPENSES <br> PURSUANT TO THE EQUAL <br> ACCESS TO JUSTICE ACT |

   On March 26, 2012, the parties entered into a stipulation and agreed that Plaintiff shall be awarded ten thousand dollars ($10,000.00) in attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The parties agree that this amount represents all legal services rendered on behalf of Plaintiff in this matter.

   The Court has reviewed the agreement and adopts the stipulation. Accordingly, IT IS HEREBY ORDERED that $10,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms outlined in the stipulation signed by the parties. (Doc. 32).

   IT IS SO ORDERED.

   Dated:   **March 28, 2012**          /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

1