Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Donald H. Morinskey

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD H. MORINSKEY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: 1:08 CV 1661 GSA<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)** |

Following consideration of Plaintiff Donald H. Morinskey's July 19, 2012, motion, and the Defendant's Statement of Non-Opposition filed August 6, 2012, the Court hereby awards Steven G. Rosales, attorney for Plaintiff, attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $13,179.00. The Social Security Administration shall pay $13,179.00 withheld from Plaintiff's past-due benefits to Plaintiff's counsel as fees.

//
//
//
//

Thereafter, upon payment of the $13,179.00 withheld from Plaintiff's past-due benefits, Plaintiff's counsel shall reimburse Plaintiff $10,000.00, the amount previously paid to Plaintiff's counsel by Defendant as EAJA fees.

IT IS SO ORDERED.

Dated: **August 9, 2012**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE