1  Steven G. Rosales
   Attorney at Law: 222224
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Donald H. Morinskey
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10 DONALD H. MORINSKEY,              )  Case No.: 1:08 CV 1661 GSA
                                     )
11                                   )  **ORDER GRANTING MOTION**
              Plaintiff,             )  **FOR ATTORNEY FEES**
12                                   )  **PURSUANT TO 42 U.S.C. § 406(b)**
        vs.                          )
13 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security,  )
14                                   )
                                     )
15          Defendant                )
                                     )
16

17      Following consideration of Plaintiff Donald H. Morinskey's July 19, 2012,

18 motion, and the Defendant's Statement of Non-Opposition filed August 6, 2012,

19 the Court hereby awards Steven G. Rosales, attorney for Plaintiff, attorney fees

20 pursuant to 42 U.S.C. § 406(b) in the amount of $13,179.00.  The Social Security

21 Administration shall pay $13,179.00 withheld from Plaintiff's past-due benefits to

22 Plaintiff's counsel as fees.

23 //

24 //

25 //

26 //

                              -1-

1   Thereafter, upon payment of the $13,179.00 withheld from Plaintiff's past-
2   due benefits, Plaintiff's counsel shall reimburse Plaintiff $10,000.00, the amount
3   previously paid to Plaintiff's counsel by Defendant as EAJA fees.

4

5

6   IT IS SO ORDERED.

7   Dated:   **August 9, 2012**                    **/s/ Gary S. Austin**
8                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26